UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEXIS AMACKER     CIVIL ACTION

VERSUS

JANSSEN PHARMACEUTICAL, ET AL.     NO.: 18-00673-BAJ-EWD

### RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 10)** under 28 U.S.C. § 636(b)(1). The Magistrate Judge recommends that the Court dismiss this action because Plaintiff failed to establish subject matter jurisdiction and because Plaintiff's claims are prescribed. (Doc. 10).

The Report and Recommendation notified the parties that, under 28 U.S.C. § 636(b)(1), they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 10, p. 1). No party filed an objection. Having carefully considered Plaintiff's Complaints (Docs. 1, 9), the Spears Hearing Report (Doc. 7), and the Magistrate Judge's Report and Recommendation (Doc. 10), the Court approves the Magistrate Judge's Report and Recommendation, and adopts the findings of fact, conclusions of law, and recommendation.

1

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's **Report and Recommendation (Doc. 10)** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**. A separate final judgment shall issue in accordance with Federal Rule of Civil Procedure 58.

Baton Rouge, Louisiana, this 19th day of September, 2018.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**